IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-069-RJC-DCK

| | |
|---|---|
| **CBD INDUSTRIES, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **MAJIK MEDICINE, LLC,** | ) |
| **Defendant,** | ) |
| v. | ) |
| **cbdMd, Inc.** | ) |
| **Third-Party Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Extension Of Time To Modify Case Management Order" (Document No. 62) filed January 10, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, the undersigned will grant the motion with modification. Further extensions of the case deadlines are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Extension Of Time To Modify Case Management Order" (Document No. 62) is **GRANTED modification**. The case deadlines are revised as follows: expert reports – **April 12, 2024** (Plaintiff/cbdMd, Inc.), **May 10, 2024** (Defendant/Majik); discovery completion **June 12, 2024**; mediation report – **June 12, 2024**; dispositive motions – **June 21, 2024**; trial – **September 3, 2024**.

**SO ORDERED**.

Signed: January 11, 2024

David C. Keesler
United States Magistrate Judge